UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA MILES, | No. 2:23-cv-0663 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| PHILLIPA LAURSEN, et al., | |
| Defendants. | |

      Plaintiff, a county jail inmate and pre-trial detainee proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. ECF No. 16. Plaintiff has not, however, filed a certified copy of her inmate trust account statement for the six-month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of her inmate trust account statement.

      In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of her inmate trust account statement for the six-month period immediately preceding the filing of the complaint. Plaintiff's

////

////

////

failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: August 10, 2023

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE