1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    Georgia Miles,                              No.  2:23-cv-00663 KJM AC P

12                    Plaintiff,

13          v.                                     ORDER

14    Phillipa Larsen, et al.,

15                    Defendants.

16

17          Plaintiff, a former county and current state prisoner proceeding pro se, has filed this civil

18    rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

19    Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On November 8, 2023, the magistrate judge filed findings and recommendations, which

21    were served on plaintiff and which contained notice to plaintiff that any objections to the findings

22    and recommendations were to be filed within twenty-one days.[1]  ECF No. 24.  Plaintiff has filed

23    objections to the findings and recommendations.  ECF No. 26.

24    /////

25    /////

26

27    _____

      [1]  The record reflects that the findings and recommendations were returned by the postal service
28    on December 1, 2023, and re-served on plaintiff on December 19, 2023, after the court received
      her notice of change of address.

                                                  1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

2    court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the

3    findings and recommendations to be supported by the record and by the proper analysis.

4    The court notes that in plaintiff's objections he appears to say the assigned magistrate

5    judge is biased against him and should be recused from this case.  Nothing in the record before

6    court suggests the magistrate judge's impartiality might reasonably be questioned or that she has

7    a personal bias or prejudice concerning plaintiff or any party.

8    Accordingly, IT IS HEREBY ORDERED that:

9    1.  The findings and recommendations filed November 8, 2023 (ECF No. 24), are adopted

10   in full;

11   2.  Plaintiff's request for leave to proceed in forma pauperis (ECF No. 16) is DENIED;

12   3.  The first amended complaint is dismissed without leave to amend for failure to state a

13   claim; and

14   4.  The Clerk of the Court is directed to close this case.

15   DATED:  March 27, 2024.

16

17

18   CHIEF UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28